NUMBER
13-10-00466-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JONATHAN
PAUL MORROW,                                                     Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
Appeal from the 156th District Court

                                          of
Bee County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                     Before
Justices Benavides, Vela, and Perkes 

                               Memorandum
Opinion Per Curiam

 








Appellant,
Jonathan Paul Morrow, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

28th day of July, 2011.